UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| IN RE: | CHAPTER 13 |
|---|---|
|  | Case Number: 18-11140-AEC |
| Tommy Lee, Jr.<br>3216 Fern Ridge<br>Apt. B<br>Albany, GA 31721 |  |
| NOTICE OF MOTION TO DISMISS CHAPTER 13 CASE ||

THE CHAPTER 13 TRUSTEE, KRISTIN HURST, HAS FILED DOCUMENTS WITH THE UNITED STATES BANKRUPTCY COURT, P.O. Box 1957, Macon, GA 31202, (478) 752 - 3506 TO DISMISS YOUR CHAPTER 13 CASE PURSUANT TO 11 U.S.C. SECTION 1307.

**YOUR RIGHTS MAY BE AFFECTED.** **You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case.** **If you do not have an attorney, you may wish to consult one**. **If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Chapter 13 Trustee, Kristin Hurst or at the Clerk's office.**

If you do not want the court to dismiss your chapter 13 case, or if you want the court to consider your views on the motion, then you or your attorney must attend the hearing scheduled on:

**December 4, 2018   9:00 am**
**CB King U.S. Courthouse, 2nd Floor**
**201 W. Broad Avenue**
**Albany, GA**

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to M.D.GA. LBR 9004-1(C).

This 2nd day of October 2018



/s/  Kristin Hurst
_____
Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br><br>Tommy Lee, Jr.<br>3216 Fern Ridge<br>Apt. B<br>Albany, GA 31721 | CHAPTER 13<br><br>Case Number: 18-11140-AEC |

## MOTION TO DISMISS CHAPTER 13 CASE

Now comes the Standing Chapter 13 Trustee and pursuant to 11 U.S.C. Sections 105, 109 and 1307, FRBP 1017 and FRBP 9014, shows the following:

That the undersigned is the duly appointed, qualified and acting Trustee in the above referenced case.

The debtor (s) have failed to receive an individual or group briefing from an approved nonprofit budget and credit counseling agency during the 180 - day period preceding the date of filing the petition.

WHEREFORE, the Trustee prays that the debtor's (s') Chapter 13 case be dismissed.

This 2nd day of October 2018

/s/  Kristin Hurst

Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| IN RE: | CHAPTER 13 |
|---|---|
|  | Case Number: 18-11140-AEC |
| Tommy Lee, Jr.<br>3216 Fern Ridge<br>Apt. B<br>Albany, GA 31721 |  |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

This 2nd day of October 2018

    Tommy Lee, Jr.                                    Charles R. Hunt
    3216 Fern Ridge
    Apt. B                                              (Counsel for Debtor)
    Albany, GA 31721

    (Debtor)                                          /s/ Kristin Hurst

                                                          Kristin Hurst
                                                          CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com